*John W. Beatty,* with him *Knox, Graham, Pearson & McLaughlin,* for appellee.

Opinion Per Curiam, November 13, 1968:
Judgment affirmed by an evenly divided Court.

Mr. Justice Musmanno did not participate in the decision of this case.

Hinkler *v.* Hoover et al., Appellants.

Argued October 10, 1968. Before Bell, C. J., Jones, Cohen, Eagen, O'Brien and Roberts, JJ.

*Irving O. Murphy,* with him *MacDonald, Illig, Jones & Britton,* for defendant, appellant.

*James D. McDonald, Jr.,* with him *Quinn, Plate, Gent, Buseck & Leemhuis,* for additional defendant, appellant.

*John W. Beatty,* with him *Knox, Graham, Pearson & McLaughlin,* for appellee.

*Thomas J. McCarthy,* and *Shreve, Sennett, Mc-Carthy & Higgins,* for appellee.

OPINION PER CURIAM, November 27, 1968:
Judgments affirmed.

Mr. Justice MUSMANNO took no part in the consideration or decision of this case.

Commonwealth *v.* Bell, Appellant.

Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Francis Shunk Brown, III,* for appellant.

*James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.